# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**            **Case No. 2:11-CR-267**

  **v.**                        **Judge Peter C. Economus**

**RHONDA J. McCULLOUGH,**      **ORDER**

    **Defendant.**

There being no objections, the Court hereby **ADOPTS** the Magistrate Judge's Report and Recommendation (doc. # 13) that the plea agreement and Defendant's guilty plea be accepted. The Court accepts the plea agreement and Defendant's plea of guilty to Count 1 of the Information, on which Defendant is hereby adjudged guilty.

    **IT IS SO ORDERED.**


                                                 **/s/ Peter C. Economus** _____
                                                 **PETER C. ECONOMUS**
                                                 **UNITED STATES DISTRICT JUDGE**